# UNITED STATES DISTRICT COURT
for the

_____ District of Minnesota _____

| | |
|---|---|
| United States of America<br>v.<br>Juan Francisco Alamo-Santellanes<br>Date of Original Judgment: 8/20/13<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 10-CR-0339(9) (PJS/JJK)<br>USM No: 12082-089<br><br>N/A (pro se)<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

  X  DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   8/20/13   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 8/4/15                                s/Patrick J. Schiltz
                                                       *Judge's signature*

Effective Date: _____                            PATRICK J. SCHILTZ, United States District Judge
*(if different from order date)*                     *Printed name and title*